UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

JORGE ZUBIZARRETA and JVG ELECTRONIC DEPOT INC,
    Defendant(s).

Case No: 24-cv-24120-DPG

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, EMILIO PINERO, and Defendants, JORGE ZUBIZARRETA and JVG ELECTRONIC DEPOT INC, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Todd W. Shulby |
| Glenn R. Goldstein (FBN: 55873) | Todd W. Shulby, Esq. (FBN: 068365) |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Glenn R. Goldstein & Assoc., PLLC | TODD W. SHULBY, P.A. |
| 8101 Biscayne Blvd., Ste. 504 | 1792 Bell Tower Lane |
| Miami, Florida 33138 | Weston, Florida 33326 |
| 561.573.2106 | Telephone: (954) 530-2236 |
| GGoldstein@G2Legal.net | Facsimile: (954) 530-6628 |
| | E-mail: tshulby@shulbylaw.com |

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
305-804-5435
WassenbergL@gmail.com