UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

JORGE ZUBIZARRETA and JVG
ELECTRONIC DEPOT INC,
    Defendant.

Case No: 24-cv-24120-DPG

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, EMILIO PINERO, and Defendants, JORGE ZUBIZARRETA and JVG ELECTRONIC DEPOT INC, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendants, each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

/s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

/s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
305-804-5435
WassenbergL@gmail.com

/s/ Todd W. Shulby
Todd W. Shulby, Esq. (FBN: 068365)
   *Attorney for Defendants*
TODD W. SHULBY, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com